158 A.3d 85

COMMONWEALTH of Pennsylvania, Respondent

v.

Darnell TOLLIVER, Petitioner

No. 241 WAL 2016

Supreme Court of Pennsylvania.

September 28, 2016

678

## ORDER

PER CURIAM

**AND NOW**, this 28th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.